535 A.2d 1051

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION**

v.

**Ronald F. SMOLUK and Margaret V. Smoluk, H/W, Appellants at No. 63,**

**and**

**Eric and Hazel M. Kemp, H/W, Hazel M. Kemp, Appellant at No. 68.**

Supreme Court of Pennsylvania.

Argued Dec. 10, 1987.

Decided Jan. 19, 1988.

Murray S. Eckell, George D. Harwood, Media, for appellants.

Spencer A. Manthorpe, William J. Cressler, Harrisburg, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Orders affirmed.